## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT COLUMBUS

| | | | |
|---|---|---|---|
| In re: | Thomas R. Palmer | : | Case No. 10-53818 |
| | Melody J. Palmer | : | |
| | | : | Chapter 13 |
| | Debtors. | : | |
| | | : | Judge Hoffman, Jr. |

### NOTICE OF SUBSTITUTION OF CO-COUNSEL

Now comes the Ohio Department of Taxation and does hereby give notice that Bradley C. Smith as Co-Counsel to James E Swaim, Special Counsel is being substituted as co-counsel of record for the Ohio Department of Taxation in place of attorney Brian Gianangeli in this matter. Please direct, pursuant to Fed. R. Bankr. P. 2002(g), all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

> Bradley C. Smith, Co-Counsel
> 15 West Fourth Street, Suite 100
> Dayton, OH 45402
> 937-223-5200
> 937-223-3335 (FAX)
> bsmithagb@flhslaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the Ohio Department of Taxation.

This notice of substitution of counsel is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign

immunity of the Ohio Department of Taxation or of the State of Ohio or to consent to this Court's exercise of jurisdiction over the Ohio Department of Taxation or of the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of the Ohio Department of Taxation or of the State of Ohio, or any of its other departments, agencies, boards, or other instrumentalities.

/s/ Bradley C. Smith
Bradley C. Smith, Co-Counsel (0023936)
James E Swaim, Special Counsel
15 West Fourth Street, Suite 100
Dayton, OH 45402
937-223-5200
937-223-3335 (FAX)
bsmithagb@flhslaw.com
Case Attorney for Ohio Department of Taxation


/s/ Brian M. Gianangeli
Brian M. Gianangeli (0072028)
326 South High Street Annex, Suite 201
Columbus, OH 43215
614-224-8313
614-224-9986 (Fax)
Withdrawing Attorney for Ohio Department of Taxation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Substitution of Co-Counsel was served by US Mail and/or electronically via ECF, this 25th day of November, 2013 upon the following:

| | |
|---|---|
| Roger A. Isla<br>Attorney for Debtors<br>3618 West Street<br>Weirton, WV 26062 | Office of the US Trustee<br>170 N. High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Jeffrey P. Norman<br>Trustee<br>10 West Broad Street<br>Suite 900<br>Columbus, OH 43215-3449 | |

/s/ Bradley C. Smith
Bradley C. Smith